e-filing

Clear Form

FILED
08 MAY -5 AM 9:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2306

Clyde Jones
                    Plaintiff,

          vs.

Mary Gonzales +
Jhn. Modat (check spelling) Kontoudakis
                    Defendant.

CASE NO. WC004222

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Clyde Jones, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:  Getting estb. in ministry

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

N/A

1. children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2. _____
3. _____
4. 5.   Do you own or are you buying a home?   Yes ___ No ✓
5. Estimated Market Value: $_____ Amount of Mortgage: $_____
6. 6.   Do you own an automobile?   Yes ✓ No ___
7. Make __OLDS__ Year __'86__ Model __Ciera__
8. Is it financed? Yes ___ No ___ If so, Total due: $_____
9. Monthly Payment: $_____
10. 7.   Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)
11. Name(s) and address(es) of bank: _____
12. _____
13. Present balance(s): $_____
14. Do you own any cash? Yes ✓ No ___ Amount: $ gift $25
15. Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16. market value.)   Yes ___ No ✓
17. _____
18. 8.   What are your monthly expenses?
19. Rent: $ 0   Utilities: 0
20. Food: $ 159 (food stamp) Clothing: ___
    EBT
21. Charge Accounts: no
22. Name of Account          Monthly Payment          Total Owed on This Account
23. _____          $_____          $_____
24. _____          $_____          $_____
25. _____          $_____          $_____
26. 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27. they are payable. Do not include account numbers.)
28. yes, School bills, ETC.

-3-

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  4-7-08 (Mon.)            *Clyde Jones*
12      DATE                    SIGNATURE OF APPLICANT

- 4 -