

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SAN FRANCISCO CA 941
13 MAY 2008
$ 00.42⁰
PITNEY BOWES
0004329882 MAY 13 2008
MAILED FROM ZIP CODE 94102

RECEIVED
FILED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NIXIE      951   DE 1        00   05/15/08
         RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 94102349999    *1940-02916-13-39

Clyde Jones
188 Weeks Drive
Watsonville, CA 95076