**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  CLYDE JONES,                          No. C 08-02306 WHA
11              Plaintiff,
12                                        **ORDER ADOPTING**
                                          **RECOMMENDATION OF**
13      v.                                **MAGISTRATE JUDGE, DENYING**
                                          **IN FORMA PAUPERIS**
14  MARY GONZALES, et al.,                **APPLICATION, AND**
                                          **DISMISSING COMPLAINT**
15              Defendants.               **WITHOUT PREJUDICE**
16  _____/
17
18      The Court is in receipt of the report and recommendation on plaintiff's application to

proceed in forma pauperis, filed on May 12, 2008, by Magistrate Judge James Larson.  Because

no objections were filed, this order accepts and adopts the recommendation in full.  The IFP

request is denied and the complaint is dismissed without prejudice for lack of subject-matter

jurisdiction.
22
23      **IT IS SO ORDERED.**
24
25  Dated:  May 27, 2008.
26                                        _____
                                          WILLIAM ALSUP
27                                        UNITED STATES DISTRICT JUDGE
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CLYDE JONES,

               Plaintiff,

  v.

MARY GONZALES et al,

               Defendant.

_____/

Case Number: CV08-02306 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Clyde Jones
188 Weeks Drive
Watsonville, CA 95076

Dated: May 29, 2008

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk