United States District Court<br>For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE JONES, | No. C 08-02306 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARY GONZALES, | |
| Defendant. / | |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLYDE JONES,

        Plaintiff,

v.

MARY GONZALES et al,

        Defendant.

Case Number: CV08-02306 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clyde Jones
188 Weeks Drive
Watsonville, CA 95076

Dated: May 30, 2008

        Richard W. Wieking, Clerk
        By: Dawn Toland, Deputy Clerk