Case 3:08-cv-02306-WHA    Document 9    Filed 06/02/2008    Page 1 of 1

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SAN FRANCISCO CA 941
28 MAY 2008

02 1A
0004329882    MAY 28 2008    $00.42⁰
MAILED FROM ZIPCODE 94102

NIXIE        951   DE  1          00  05/31/08
          RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 94102348999    *1940-01083-28-41

Clyde Jones
188 Weeks Drive
Watsonville, CA 95076