OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Clyde Jones
188 Weeks Drive
Watsonville, CA 95076

NIXIE        951 DE 1            00  06/03/08
       RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 9410234899     *0340-02250-30-44

US POSTAGE $00.59 MAY 30 2008 MAILED FROM ZIPCODE 94102